UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § |
| vs. | § § CRIMINAL NO. M-21-917 |
| BRIAN JANISH, | § § |
| Defendant. | § |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Use of Unauthorized Access Device – 18 U.S.C. § 1029)

On or about January 28, 2017, in the Southern District of Texas and elsewhere, the defendant,

### BRIAN JANISH

knowingly and with intent to defraud, used an unauthorized access device, that is an access device issued to defendant through his employer which defendant failed to destroy as instructed by his employer, and by such conduct, from on or about January 28, 2017, and ending on or about May 16, 2017, obtained $1,145.78, said use affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 1029(a)(2) and (c)(1)(A)(i).

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS

BY: *Rodolfo Ramirez*
Rodolfo Ramirez
Stephanie Bauman
Assistant United States Attorneys

1